AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

PAPA BABACAR DIOP
DOB: xx/xx/xxxx

*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:25-mj-00007
Assigned To : Judge G. Michael Harvey
Assign. Date : 01/13/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 13, 2025_____ in the county of _____Washington_____ in the
_____ District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | did knowingly and willfully combine, conspire, confederate, and agree together with others, to unlawfully, knowingly, and intentionally distribute a mxiture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(ii). |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

HEANG LY, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of
Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).
Sworn to before me and signed in my presence.

Date: _____01/13/2025_____

*Judge's signature*

City and state: _____WASHINGTON, DC_____    G. MICHAEL HARVEY, U.S. Magistrate Judge

*Printed name and title*